AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

MAR 29 2018

JAMES W. McCORMACK, CLERK

By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JERRY LEE WRIGHT | |

Case No. 4:09cr00143-01 JM

USM No. 88325-012

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Mandatory, Standard, Special of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Violation of Federal, State, or local crime | 02/20/2018 |
| 2 - Mandatory | Failure to refrain from the unlawful use of a controlled substance | 11/20/2017 |
| 3 - Standard (7) | Failure to refrain from the unlawful use of a controlled substance | 11/20/2017 |
| 4 - Special (14) | Failure to participate in a substance abuse treatment program | 02/28/2018 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6198

Defendant's Year of Birth: 1956

City and State of Defendant's Residence:
Little Rock, Arkansas

03/29/2018
Date of Imposition of Judgment

_____
Signature of Judge

U.S. DISTRICT JUDGE JAMES M. MOODY JR.
Name and Title of Judge

3/29/18
Date

DEFENDANT: JERRY LEE WRIGHT
CASE NUMBER: 4:09cr00143-01 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

TWELVE (12) MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in non-residential substance abuse treament programs and that the defendant be designated to BOP Forest City, Arkansas due to the familiarity with the facility and the programs it offers.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL